UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FEDERAL TRADE COMMISSION,

        Plaintiff,

v.

FIRST CHOICE HORIZON LLC, *et al*,

        Defendants.

Case No. 6:19-cv-1028-ORL-40-LRH

FILED UNDER SEAL

## ACKNOWLEDGEMENT OF SERVICE

Plaintiff Federal Trade Commission and Defendants First Choice Horizon LLC, First Southern Trust LLC, First United Mutual LLC, Premier Union Trust LLC, South Premier Trust LLC, Suncoast Mutual LLC, Raymond Gonzalez, Carlos S. Guerrero, and Joshua Hernandez (collectively, "Defendants"), by and through their undersigned counsel, hereby jointly enter the following Acknowledgement of Service:

Defendant First Southern Trust LLC, by and through its undersigned counsel, and having received notice of the above-captioned lawsuit, hereby agrees to waive process and service of process, and hereby acknowledges service of process through its undersigned counsel.

Defendants First Choice Horizon LLC, First United Mutual LLC, Premier Union Trust LLC, South Premier Trust LLC, Suncoast Mutual LLC, Raymond Gonzalez, Carlos S. Guerrero, and Joshua Hernandez, by and through their undersigned counsel, hereby

acknowledge that effective process and service of process has been completed on each of them.

Defendants, by and through their undersigned counsel, hereby waive any defenses or objections related to insufficient process or insufficient service of process.

Defendants acknowledge that they are bound by all deadlines as provided in the Temporary Restraining Order entered by the Court on June 4, 2019, and that no extension of any deadline therein or time to answer or move under Rule 12 is granted by this Acknowledgement.

Date: June 12, 2019

Respectfully submitted,

/s/ Barbara E. Bolton
**BARBARA E. BOLTON**, Trial Counsel
MICHAEL A. BOUTROS
225 Peachtree Street, NE, Suite 1500
Atlanta, GA 30303
(404) 656-1362 (Bolton)
(202) 650-9806 (Bolton Cell)
E-mail: bbolton@ftc.gov
(404) 656-1351 (Boutros)
(202) 642-7249 (Boutros cell)
Email: mboutros@ftc.gov
(404) 656-1379 (Facsimile)

**ATTORNEYS FOR PLAINTIFF**
**FEDERAL TRADE COMMISSION**

/s/ Robert D. Eckard
**ROBERT D. ECKARD,** Robert Eckard & Associates, P.A.
3110 U.S. 19 Alternate
Palm Harbor, FL 34683
Tel: (727) 772-1941
Fax: (727) 771-7940
Email: robert@roberteckardlaw.com

**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

 I hereby certify that, on this date, I mailed via Federal Express overnight courier the foregoing to the Clerk of the Middle District of Florida, Orlando Division, and served same on the parties on the service list below by email.

*Attorney for Defendants*

Robert D. Eckard, Esq.
Robert Eckard & Associates, P.A.
3110 U.S. 19 Alternate
Palm Harbor, FL 34683
Tel: (727) 772-1941
Fax: (727) 771-7940
Email: robert@roberteckardlaw.com

*Receiver*

Mark J. Bernet, Esq.
Akerman LLP
401 E. Jackson St #1700
Tampa, FL 33602
Tel: (813) 223-7333
Cell: (813) 690-2652
Email: mark.bernet@akerman.com

Dated: June 12, 2019

*/s/ Barbara E. Bolton*
BARBARA E. BOLTON