**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FEDERAL TRADE COMMISSION,

          Plaintiff,

v.

FIRST CHOICE HORIZON LLC, *et al*,

          Defendants.

Case No. 6:19-cv-1028-ORL-40-LRH

**PLAINTIFF FEDERAL TRADE COMMISSION'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

   a. Plaintiff Federal Trade Commission;

   b. Defendants;

   c. Receivership Entities/Affiliated Entities: United Choice Plus LLC, Southern Choice LLC, Southern Pride LLC, Sun Premier LLC, and Financial Service Trust LLC; and

   d. Counsel for Defendants Robert D. Eckard, Esq. and Beth Ann Tobey, Esq. of The Law Office of Robert Eckard & Associates, P.A.

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings;

    None.

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

      Receivership Entities/Affiliated Entities: United Choice Plus LLC, Southern Choice LLC, Southern Pride LLC, Sun Premier LLC, and Financial Service Trust LLC

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

The victims are tens of thousands of consumers defrauded by Defendants' telemarketing scam deceptively pitching a credit card interest rate reduction service. Defendants have testified that they have over 40,000 customers' names in their database. To date, Plaintiff has not been able to identify, obtain or compile a list of these consumers.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

      Respectfully submitted,

Dated: July 10, 2019      /s/ Michael A. Boutros
**BARBARA E. BOLTON, Trial Counsel**
MICHAEL A. BOUTROS
225 Peachtree Street, NE, Suite 1500
Atlanta, GA 30303
(404) 656-1362 (Bolton)
(202) 650-9806 (Bolton Cell)
E-mail: bbolton@ftc.gov
(404) 656-1351 (Boutros)
(202) 642-7249 (Boutros cell)
Email: mboutros@ftc.gov
(404) 656-1379 (Facsimile)

**ATTORNEYS FOR PLAINTIFF**
**FEDERAL TRADE COMMISSION**

## CERTIFICATE OF SERVICE

    I hereby certify that, on this date, I electronically filed the foregoing with the Clerk of the Middle District of Florida, Orlando Division using CM/ECF which will automatically send email notification of such filing to counsel of record and to the receiver.

| *Attorney for Defendants* | *Receiver* |
|---|---|
| Robert D. Eckard, Esq. | Mark J. Bernet, Esq. |
| Robert Eckard & Associates, P.A. | Akerman LLP |
| 3110 U.S. 19 Alternate | 401 E. Jackson St #1700 |
| Palm Harbor, FL 34683 | Tampa, FL 33602 |
| Tel: (727) 772-1941 | Tel: (813) 223-7333 |
| Fax: (727) 771-7940 | Cell: (813) 690-2652 |
| Email: robert@roberteckardlaw.com | Email: mark.bernet@akerman.com |

Dated: July 10, 2019                */s/ Michael A. Boutros*
                                          MICHAEL A. BOUTROS