**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.                                        Case No:  6:19-cv-1028-Orl-40LRH

FIRST CHOICE HORIZON LLC, *et al*,

    Defendants.
_____/

## ORDER GRANTING THE PARTIES' JOINT MOTION TO UNFREEZE SPECIFIC ASSETS

The Court has considered the parties' Joint Motion to Unfreeze Specific Assets (Dkt. No. 40).  The Court having carefully considered the Motion, finds as follows:

**WHEREFORE, IT IS HEREBY ORDERED**, that the Joint Motion to Unfreeze Specific Assets is **GRANTED**.  The following specific assets frozen pursuant to the Court's Temporary Restraining Order [Dkt. No. 12] and Preliminary Injunction [Dkt. No. 28] are unfrozen as follows for Defendants' attorneys' fees:

    a. TD Bank account ending in 9131, in the name of Raymond Gonzalez, in the amount of $4,544.49;

    b. TD Bank account ending in 5731, in the name of Raymond Gonzalez, in the amount of $94.25;

    c. BB&T account ending in 9191, in the name of Raymond Gonzalez, in the amount of $145.23;

d. BB&T account ending in 4161, in the name of Raymond Gonzalez, in the amount of $72.44;

e. Mid Florida Credit Union account ending in 0822, in the name of Carlos Guerrero, in the amount of $15.29;

f. Mid Florida Credit Union account ending in 0835, in the name of Carlos Guerrero, in the amount of $5.87;

g. Mid Florida Credit Union account ending in 4842, in the name of CSG Entertainment LLC, in the amount of $5.00;

h. Mid Florida Credit Union account ending in 4871, in the name of CSG Entertainment LLC, in the amount of $128.59;

i. Mid Florida Credit Union account ending in 6587, in the name of Rosie's Sports Bar & Grill LLC, in the amount of $5.00;

j. Mid Florida Credit Union account ending in 6590, in the name of Rosie's Sports Bar & Grill LLC, in the amount of $1,025.96;

k. Mid Florida Credit Union account ending in 5474, in the name of Lake House Bar & Grill LLC, in the amount of $10.07;

l. Mid Florida Credit Union account ending in 5487, in the name of LakeHouse Bar & Grill LLC, in the amount of $693.09;

m. JP Morgan Chase account ending in 1058, in the name of Carlos Guerrero, in the amount of $200.00;

n. JP Morgan Chase account ending in 6351, in the name of Joshua Hernandez, in the amount of $944.08;

      o. Addition Financial account ending in 6793, in the name of Joshua Hernandez, in the amount of $2,110.64.

The total amount that is to be unfrozen is $10,000.00 to be made payable to The Law Office of Robert Eckard & Associates, P.A. only. No monies exceeding $10,000.00 shall be unfrozen.

**DONE AND ORDERED** in Orlando, Florida on July 25, 2019.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties