**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FEDERAL TRADE COMMISSION,

                Plaintiff,

    v.

FIRST CHOICE HORIZON LLC, *et al.*,

          Defendants.

Case No. 6:19-cv-01028-PGB-LRH

### <u>MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFF</u>

**TO THE HONORABLE COURT:**

    **COMES NOW**, the Plaintiff, Federal Trade Commission, through its undersigned attorney and respectfully states as follows:

1. Barbara E. Bolton is no longer assigned to the above-referenced case.  Further, she will no longer be an attorney employed by the Federal Trade Commission after August 31, 2019.

2. Michael A. Boutros will now be the lead attorney on this case and has already appeared on behalf of the Plaintiff.

    **WHEREFORE**, the Plaintiff respectfully requests that this Honorable Court take notice of the foregoing and GRANT this motion requesting the withdrawal of Barbara E. Bolton as an attorney for the Plaintiff in this instant case.

1

Respectfully submitted,

Dated:  August 5, 2019.

   _/s/ Barbara E. Bolton_____
**BARBARA E. BOLTON, Trial Counsel**
**MICHAEL A. BOUTROS**
225 Peachtree Street, N.E., Suite 1500
Atlanta, Georgia 30303
(404) 656-1362 (Bolton office)
(202) 650-9806 (Bolton cell)
E-mail:  bbolton@ftc.gov
(404) 656-1351 (Boutros office)
(202) 642-7249 (Boutros cell)
Email:   mboutros@ftc.gov
(404) 656-1379 (FTC Fax)

**ATTORNEYS FOR PLAINTIFF**
**FEDERAL TRADE COMMISSION**

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I electronically filed the foregoing with the Clerk of the Middle District of Florida, Orlando Division, using the CM/ECF system, which will send notice of electronic filing to the service list below.

### Service List

| _**Attorney for Defendants**_ | _**Receiver**_ |
|---|---|
| Robert D. Eckard, Esq. | Mark J. Bernet, Esq. |
| Robert Eckard & Associates, P.A. | Akerman LLP |
| 3110 U.S. 19 Alternate | 401 E. Jackson St #1700 |
| Palm Harbor, FL 34683 | Tampa, FL 33602 |
| Tel: (727) 772-1941 | Tel: (813) 223-7333 |
| Fax: (727) 771-7940 | Cell: (813) 690-2652 |
| Email: robert@roberteckardlaw.com | Email: mark.bernet@akerman.com |

Dated:  August 5, 2019

_/s/ Barbara E. Bolton_____
**BARBARA E. BOLTON**