**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                Plaintiff,<br>      v.<br><br>FIRST CHOICE HORIZON LLC, *et al.*,<br><br>                Defendants. | Case No. 6:19-cv-01028-PGB-LRH |

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFF**

**TO THE HONORABLE COURT:**

**COMES NOW**, the Plaintiff, Federal Trade Commission, through its undersigned attorney and respectfully moves this Court to allow Barbara E. Bolton to withdraw as an attorney of record from this case. In support of this Motion to Withdraw, Plaintiff states:

1. On August 5, 2019, pursuant to Local Rule 2.03(b), Plaintiff provided notice to all parties of record and counsel concerning Ms. Bolton's upcoming Motion to Withdraw from this case.

2. Ms. Bolton is no longer assigned to the above-referenced case. Further, she will no longer be an attorney employed by the Federal Trade Commission after August 31, 2019.

3. Michael A. Boutros will now be the lead attorney on this case and has

already appeared on behalf of the Plaintiff.

**WHEREFORE**, the Plaintiff respectfully requests that this Honorable Court take notice of the foregoing and GRANT this motion requesting the withdrawal of Barbara E. Bolton as an attorney for the Plaintiff in this instant case.

Respectfully submitted,

Dated:  August 16, 2019.
 */s/ Barbara E. Bolton*
**BARBARA E. BOLTON, Trial Counsel**
**MICHAEL A. BOUTROS**
225 Peachtree Street, N.E., Suite 1500
Atlanta, Georgia 30303
(404) 656-1362 (Bolton office)
(202) 650-9806 (Bolton cell)
E-mail:  bbolton@ftc.gov
(404) 656-1351 (Boutros office)
(202) 642-7249 (Boutros cell)
Email:   mboutros@ftc.gov
(404) 656-1379 (FTC Fax)

**ATTORNEYS FOR PLAINTIFF**
**FEDERAL TRADE COMMISSION**

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

Pursuant to Local Rule 3.01(g), I hereby certify that counsel for the movant, Plaintiff FTC, has conferred with counsel for Defendants concerning the relief requested, and Defendants do not oppose this motion.

### CERTIFICATE OF SERVICE

I hereby certify that, on this date, I electronically filed the foregoing with the Clerk of the Middle District of Florida, Orlando Division, using the CM/ECF system, which will send notice of electronic filing to the service list below.

### Service List

*Attorney for Defendants*
Robert D. Eckard, Esq.
Robert Eckard & Associates, P.A.
3110 U.S. 19 Alternate

*Receiver*
Mark J. Bernet, Esq.
Akerman LLP
401 E. Jackson St #1700

| | |
|---|---|
| Palm Harbor, FL 34683 | Tampa, FL 33602 |
| Tel: (727) 772-1941 | Tel: (813) 223-7333 |
| Fax: (727) 771-7940 | Cell: (813) 690-2652 |
| Email: robert@roberteckardlaw.com | Email: mark.bernet@akerman.com |

Dated:  August 16, 2019		*/s/ Barbara E. Bolton*
		**BARBARA E. BOLTON**