# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FEDERAL TRADE COMMISSION,**

**Plaintiff,**

v.                                                    Case No:  **6:19-cv-1028-Orl-40LRH**

**FIRST CHOICE HORIZON LLC, FIRST
SOUTHERN TRUST LLC, FIRST
UNITED MUTUAL LLC, PREMIER
UNION TRUST LLC, SOUTH PREMIER
TRUST LLC, SUNCOAST MUTUAL
LLC, RAYMOND GONZALEZ,  CARLOS
S. GUERRERO, JOSHUA HERNANDEZ,
UNITED CHOICE PLUS LLC,
SOUTHERN CHOICE LLC, SOUTHERN
PRIDE LLC, SUN PREMIER LLC and
FINANCIAL SERVICE TRUST LLC,**

**Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following  motion  filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFF (Doc. 55)** |
| **FILED:** | **August 16, 2019** |

**THEREON** it is **ORDERED** that the motion  is **GRANTED**.

Plaintiff Federal Trade Commission  is currently  represented by two attorneys.   On August 16, 2019, the Plaintiff  moved  for the withdrawal of Attorney Barbara E. Bolton  as its counsel. (Doc. 55 (Motion)).   The Motion is unopposed.   (*Id*. at 2).  Upon consideration, the Court finds

the Motion well-taken, particularly since the Plaintiff will continue to be represented by other counsel in this case.

Accordingly, it is **ORDERED** that:

1. The Motion (Doc. 55) is **GRANTED**.

2. Attorney Barbara E. Bolton is granted leave to withdraw as counsel for the Plaintiff.

**DONE** and **ORDERED** in Orlando, Florida on August 19, 2019.

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties