# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>             Plaintiff,<br>   v.<br><br>FIRST CHOICE HORIZON LLC, *et al*,<br><br>             Defendants. | Case No. 6:19-cv-1028-PGB-40-LRH |

## NOTICE OF ENTRY OF APPEARANCE OF COUNSEL FOR PLAINTIFF FEDERAL TRADE COMMISSION

Please take notice that Robin L. Rock hereby enters her appearance as counsel on behalf of Plaintiff Federal Trade Commission. The undersigned is admitted or otherwise authorized to practice in this court.

Dated: September 13, 2019.          Respectfully submitted,

/s/ Robin L. Rock
**ROBIN L. ROCK**
Michael A. Boutros, Trial Counsel
225 Peachtree Street, N.E., Suite 1500
Atlanta, Georgia 30303
(404) 656-1351 (Boutros office)
(202) 642-7249 (Boutros cell)
(404) 656-1368 (Rock office)
Email:   mboutros@ftc.gov; rrock@ftc.gov
(404) 656-1379 (FTC Fax)

**Attorneys for Plaintiff**
**FEDERAL TRADE COMMISSION**

## CERTIFICATE OF SERVICE

      I hereby certify that, on this date, I electronically filed the foregoing with the Clerk of the Middle District of Florida, Orlando Division, using the CM/ECF system, which will send notice of electronic filing to the service list below:

**Counsel for Defendants**
Robert D. Eckard, Esq.
Law Office of Robert Eckard & Associates, P.A.
3110 Alternate U.S. 19 North
Palm Harbor, FL 34683
Robert@RobertEckardLaw.com

**Receiver**
Mark J. Bernet, Esq., Receiver
Akerman LLP
401 E. Jackson St. Suite 1700
Tampa, FL 33602
Mark.Bernet@akerman.com

Dated:  September 13, 2019        /s/ Robin L. Rock
                                             **ROBIN L. ROCK**