# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FEDERAL TRADE COMMISSION,**

    **Plaintiff,**

**v.**                                         **Case No:   6:19-cv-1028-Orl-40LRH**

**FIRST CHOICE HORIZON LLC, FIRST SOUTHERN TRUST LLC, FIRST UNITED MUTUAL LLC, PREMIER UNION TRUST LLC, SOUTH PREMIER TRUST LLC, SUNCOAST MUTUAL LLC, RAYMOND GONZALEZ, CARLOS S. GUERRERO, JOSHUA HERNANDEZ, UNITED CHOICE PLUS LLC, SOUTHERN CHOICE LLC, SOUTHERN PRIDE LLC, SUN PREMIER LLC and FINANCIAL SERVICE TRUST LLC,**

    **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**     **PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO RESPOND TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (Doc. 85)**
>
> **FILED:**     **March 30, 2020**
>
> **THEREON** it is **ORDERED** that the motion is **DENIED WITHOUT PREJUDICE**.

- 2 -

The Plaintiff moves to compel the Defendants to respond to an untold number of interrogatories and requests for production. (Doc. 85 ("Motion")). The Motion is due to be denied for two reasons.

First, the Motion does not comply with Local Rule 3.01(g) because it does not state whether the Defendants object to the requested relief. Although the Plaintiff states that it conferred with opposing counsel about extending the time to respond to the written discovery, the Motion is silent as to whether the Plaintiff conferred about the Motion itself or the relief requested therein. (*See id.* at 5).

Second, the Motion does not comply with Local Rule 3.04(a) because it does not recite each interrogatory and request for production at issue. Further, while not expressly required by Local Rule 3.04(a), the Plaintiff also did not attach the written discovery at issue to the Motion. The Court cannot rule on a motion to compel a party to respond to discovery without first reviewing the discovery requests themselves.

Accordingly, it is **ORDERED** that the Motion (Doc 85) is **DENIED WITHOUT PREJUDICE**.

**DONE** and **ORDERED** in Orlando, Florida on March 31, 2020.

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties