# Exhibit A

<div style="display:flex;justify-content:space-between;">

MARK J. BERNET, RECEIVER
Post Office Box 1979
Valrico, Florida  33595-1979
Telephone:  (813) 223-7333
Facsimile:  (813) 218-2495
E-mail:  mark.bernet@akerman.com

FIRST CHOICE HORIZON LLC
FINANCIAL SERVICE TRUST LLC
FIRST SOUTHERN TRUST LLC
FIRST UNITED MUTUAL LLC
PREMIER UNION TRUST LLC,
 D/B/A SECOND CHOICE HORIZON
SOUTH PREMIER TRUST LLC
SOUTHERN CHOICE LLC
SOUTHERN PRIDE LLC
SUN PREMIER LLC
SUNCOAST MUTUAL LLC
UNITED CHOICE PLUS LLC
BAVIC REALTY CORP.

</div>

August 11, 2020

**Via e-mail to robert@roberteckardlaw.com**
Robert D. Eckard, Esquire
Law Office of Robert Eckard & Associates, P.A.
3110 Alternate US 19 North
Palm Harbor, Florida  34683

  Re: FTC v. First Choice Horizon LLC, et al.
     Bavic Realty Corp.

Dear Rob:

  Section VII.H of the *Stipulated Order for Permanent Injunction and Monetary Judgment* provides as follows:

> Defendant Carlos Guerrero shall transfer and assign all of his right, title, and interest in and to stock or any ownership in Bavic Realty Corporation ("Bavic"), whether real or personal, to the Receiver at his direction or to his designated agent.  Defendant Guerrero shall further transfer and assign to the Receiver any and all right, title, and interest he has in the Real Property located at 9E 193 Street, Bronx, NY 10468 ("Guerrero Property"). This shall include all rights of possession, income generated from said Guerrero Property, and any proceeds generated from the sale thereof. This shall further include all rights whether held directly or indirectly…. Upon taking possession of said Guerrero Property, the Receiver shall market and sell the Guerrero Property, and any transfer fees, taxes, amounts owed on a mortgage, or other payments mandated from a transferor by law shall be paid from the proceeds of the sale at the time the properties are sold.  All sale proceeds remaining shall be transferred to the Receiver or his designated agent. Defendant Guerrero shall cooperate in all matters pertaining in any way to Bavic and the Guerrero Property, including but not limited to providing the Receiver with all information related to Bavic and/or the Guerrero Property requested by the Receiver, and shall assist the Receiver with liquidating Guerrero's interest in Bavic, including assisting with respect to marketing and selling the

Rob Eckard, Esquire
August 11, 2020
Page 2 of 2

Guerrero Property by providing to the Receiver all pertinent information, and by executing such title papers and documents necessary to transfer title.

I had hoped to begin this process last March when I sent you assignment papers for Mr. Guerrero to execute, but he refused to do so. Now, however, he is under court order, and so I enclose the papers, again, for his signature. Please have him sign them and return them to me within the next ten days.

As I mentioned previously, Mr. Guerrero is trying to sell the Property, and even has it under contract, but he has been thwarted because his ex-wife filed a lawsuit against him in New York state court seeking a declaration that she and her son own 90 percent of the company. Mr. Guerrero denied her allegations in the lawsuit, under oath, stating instead that he was the 100 percent owner of Bavic. Two years later, Mr. Guerrero testified in the FTC's deposition that his wife was correct, he had given away 90 percent of the company for nothing. Under the circumstances, I find Mr. Guerrero's deposition testimony non-credible. I will need Mr. Guerrero's cooperation to navigate the New York lawsuit, and I expect he will provide it.

Please have the executed assignment papers to me within ten days. Thank you in advance for your assistance.

I look forward to hearing from you.

Very truly yours,

*Mark J. Bernet*

Mark J. Bernet, Receiver

MJB:tm
Enclosure
cc:    Robin L. Rock, Esquire (via e-mail to rrock@ftc.gov)
        Michael Boutros, Esquire (via e-mail to mboutros@ftc.gov)

54170742;1

## **STOCK TRANSFER AGREEMENT**

THIS STOCK TRANSFER AGREEMENT is made as of the ____ day of August, 2020, between Carlos S. Guerrero, a/k/a Carlos Guerrero, whose address is 200 S. Semoran Boulevard, Orlando, Florida 32807 ("Transferor"), and Mark J. Bernet, as receiver for First Choice Horizon LLC, First Southern Trust LLC, First United Mutual LLC, Premier Union Trust LLC, d/b/a Second Choice Horizon, South Premier Trust LLC, Suncoast Mutual LLC, United Choice Plus LLC, Southern Pride LLC, Financial Service Trust LLC, Southern Choice LLC, and Sun Premier LLC (collectively the "Receivership Entities"), whose address is 401 East Jackson Street, Suite 1700 Tampa, Florida 33602 ("Transferee").

R E C I T A L S

Transferor owns 100 percent of the shares of common stock ("Stock") of BAVIC Realty Corporation ("Bavic"), a New York corporation.

Transferor desires to convey ownership of all of his Stock to the Transferee, and the Transferee desires to acquire ownership of the Stock from Transferor, as is required under a *Stipulated Order for Permanent Injunction and Monetary Judgment* (the "Judgment") entered in a lawsuit styled *Federal Trade Commission v. First Choice Horizon LLC, et al.*, Case No. 6:19-cv-01028-PGB-LRH, United States District Court, Middle District of Florida (the "Enforcement Action").

A G R E E M E N T

Transferor hereby sells, conveys, assigns and transfers to Transferee all of Transferor's right,, title and interest in and to all of Stock. In connection with this transaction, Transferor represents and warrants that he is the owner of the Stock, which has not been hypothecated or pledged and which is not otherwise subject to any other liens or encumbrances, EXCEPT THAT, Myrna Guerrero and Carlos D. Guerrero have made a claim to some of the Stock in a lawsuit styled *Myrna Guerrero and Bavic Realty Corp. v. Carlos Guerrero and Ink Realty Group LLC*, Index no. 23520/2018, Supreme Court of New York.

Any disputes between Transferor and Transferee pertaining to the Stock or this Stock Transfer Agreement shall be resolved only by motion or petition brought in the Enforcement Action.

_____
Carlos S. Guerrero

Dated: August _____, 2020